## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

PETER MICHAEL GUEVARA,

      Plaintiff,

v.

JOHN R. TUNHEIM, in his individual
and official capacities,

      Defendant.

Case No. 26-CV-1483 (NEB/LIB)

ORDER

Peter Michael Guevara, a prisoner proceeding pro se, alleges that a judge violated his constitutional rights by failing to adequately resolve administrative judicial complaints during his criminal proceedings. (ECF No. 1.) United States Magistrate Judge Leo I. Brisbois, on preservice review, recommends dismissing the complaint for several reasons: (1) a remedy for the alleged constitutional violation is unavailable under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971); (2) Guevara's factual allegations are conclusory and vague; and (3) judicial immunity is a barrier to relief. (ECF No. 6.)

Guevara objects to the Report and Recommendation (ECF No. 11) and files an amended complaint (ECF No. 12). Nothing in the objection or amended complaint impacts Judge Brisbois's reasoning on any of the three independent grounds for dismissal. The allegations are entirely conclusory, and *Bivens* and judicial immunity preclude relief. The Court thus overrules the objection, adopts the Report and Recommendation, and dismisses the action.

## CONCLUSION

Based on the foregoing and on all the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.    Guevara's objection (ECF No. 11) is OVERRULED;

2.    The Report and Recommendation (ECF No. 6) is ACCEPTED;

3.    This matter is DISMISSED pursuant to 28 U.S.C. § 1915A(b);

4.    The application to proceed in forma pauperis of plaintiff Peter Michael Guevara, (ECF No. 2) is GRANTED;

5.    Plaintiff's motion for an order directing the custodial facility to provide financial documentation (ECF No. 3) is DENIED as moot;

6.    Plaintiff is directed to pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court is directed to provide notice of this requirement to the authorities at the institution where Plaintiff is confined; and

7.    Guevara's Motion to Update Official Mailing Address (ECF No. 10) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: May 1, 2026                                    BY THE COURT:

                                                     s/Nancy E. Brasel
                                                     Nancy E. Brasel
                                                     United States District Judge